UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NBC GENERAL CONTRACTORS CORPORATION, et al.,<br><br>Defendants. | Case No: C 09-5363 SBA<br><br>**AMENDED ORDER OF REFERENCE**<br><br>Dkts. 44 and 53 |

On November 14, 2011, Plaintiff filed: (1) an Application for Right to Attach Order, Temporary Protective Order, and Order for Issuance of Writ of Attachment against Defendant Dennis Chow (Dkt. 44); and (2) an Application for Right to Attach Order, Temporary Protective Order, and Order for Issuance of Writ of Attachment against Defendant Monica Ung (Dkt. 43, corrected by Dkt. 53) (collectively, "Plaintiff's Applications").

IT IS HEREBY ORDERED THAT this matter is REFERRED to Magistrate Judge James Larson for disposition of Plaintiff's Applications (Dkts. 44 and 53).

IT IS SO ORDERED.

Dated: March_22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge