| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): <br> James D. Curran, Esq. (SBN 126586) <br> Shashauna Szczechowicz, Esq. (SBN 249102) <br> Wolkin Curran, LLP <br> 555 Montgomery Street, Suite 1100 <br> San Francisco, CA 94111 <br> TELEPHONE NO.: (415)982-9390  FAX NO. (Optional): (415) 982-4328 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff, Hartford Fire Insurance Company | FOR COURT USE ONLY |
|---|---|

| STREET ADDRESS: | United States District Court, Northern District of California |
|---|---|
| | 1301 Clay Street, Suite 400 South |
| MAILING ADDRESS: | Oakland, California 94612 |
| CITY AND ZIP CODE: | Oakland Division |
| BRANCH NAME: | |

PLAINTIFF: Hartford Fire Insurance Company, a Connecticut corporation

DEFENDANT: NBC General Contractors Corporation, a California Corporation; Monica Ung, an individual; and Dennis Chow, an individual

| **WRIT OF ATTACHMENT** <br> ☐ AFTER HEARING  ☒ EX PARTE | CASE NUMBER: <br> CV 09-5363 SBA-DMR |
|---|---|

1. ☒ TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

2. ☒ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☒ To any private person specially appointed by the court to serve this writ

4. This writ is to attach property of defendant (name and last known address): Dennis Chow, 1420 Livorna Road, Alamo, CA  94507
   and the attachment is to secure: $ 3,032,740.37

5. Name and address of plaintiff:  Hartford Fire Insurance Company, The Hartford-Bond Claims, 7901 Skansie Avenue, Suite 140, Gig Harbor, WA  98335

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

   ☒ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

8. ☐ The real property on which the
   ☐ crops described in item 5 _____ are growing
   ☐ timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: **MAY 2 5 2011**      Clerk, by **JESSIE MOSLEY** _____ , Deputy

Page 1 of 1

CV-4D (12/03) <br> (AT-135 (Rev. January 1, 2003))

**WRIT OF ATTACHMENT** <br> (Attachment)

Code of Civ. Proc., § 488.010 <br> CCD-CV4D

## ATTACHMENT 1 -
### as to Defendant Dennis Chow

1. Accounts receivable, chattel paper, and general intangibles arising out of the conduct by the defendant of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150) (CCP § 488.470);

2. Money on the premises where a trade, business, or profession is conducted by the defendant and money in deposit accounts (CCP § 488.535 and CCP § 488.455);

3. Negotiable documents of title (CCP § 488.445);

4. Instruments (CCP § 488.440);

5. Securities (CCP § 488.450);

6. Inventory (CCP § 488.395);

7. Final money judgments arising out of the conduct of trade, business or profession (CCP § 491.410);

8. Interests in real property except leasehold estates with unexpired terms of less than one year. (CCP § 488.315); and

9. Equipment (CCP § 488.375 and CCP § 488.385).