UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>NBC GENERAL CONTRACTORS CORPORATION, a California Corporation, et al.,<br><br>        Defendants. | Case No. C09-05363 SBA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**<br><br>**(Docket 53, 54, 65)** |

Pursuant to the Court's Order of Reference (Docket 57), Magistrate Judge James Larson issued a Report and Recommendation in which he granted Plaintiff's application for writ of attachment and temporary protective order with regard to Defendant Monica Ung (Docket 53, 54). (Docket 65.) Although no objections have been filed, this Court reviews Magistrate Judge Larson's legal conclusions de novo. See Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). Upon such review, the Court finds no error in Magistrate Judge Larson's Report and Recommendation. Accordingly,

//

//

//

1   IT IS HEREBY ORDERED THAT Magistrate Judge Larson's Report and
2   Recommendation (Docket 65) is ACCEPTED and shall become the Order of this Court.  This
3   Order terminates Docket 53, 54.
4   IT IS SO ORDERED.

7   Dated: May 25, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION RE   Case No. C09-05363 SBA
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND AMENDING
JUDGMENT