UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>  v.<br><br>NBC GENERAL CONTRACTORS CORPORATION ET AL,<br><br>    Defendant(s).<br>_____/ | No. C 09-05363 SBA (LB)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

The parties have a settlement conference set for February 5, 2013. The docket reflects a pending and unopposed summary judgment motion, and footnote 1 of that motion notes that Defendants NBC General Contractors and Monica Ung filed voluntary petitions under chapters 7 and 11, respectively, of the United States Bankruptcy Code, leaving only Defendant Dennis Chow. *See* ECF Nos. 90 & p. 7 n.1; 95. The court held telephonic settlement conference calls with both counsel, and – with Defendants' counsel's permission – issues this order to reflect that Defendants' counsel has not had contact with Mr. Chow for some time now. Under the circumstances, the court vacates the February 5, 2013 settlement conference.

**IT IS SO ORDERED.**

Dated: January 28, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 09-05363 SBA (LB))