UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NBC GENERAL CONTRACTORS CORPORATION, a California Corporation; MONICA UNG, an individual; and DENNIS CHOW, an individual,<br><br>    Defendants. | Case No:  C 09-5363  SBA<br><br>**JUDGMENT** |

    In accordance with and pursuant to this Court's order granting summary judgment (Dkt. 104),

    IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of Plaintiff Hartford Fire Insurance Company as to Defendant Dennis Chow.

    IT IS SO ORDERED.

Dated: 3/5/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge