1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>NBC GENERAL CONTRACTORS CORPORATION, a California Corporation; MONICA UNG, an individual; and DENNIS CHOW, an individual,<br><br>             Defendants. | Case No:  C 09-5363 SBA<br><br>**ORDER** |

In light of the entry of default against Defendant NBC General Contractors Corporation and Plaintiff's motion for summary judgment against Defendant Monica Ung, IT IS HEREBY ORDERED THAT the pretrial conference scheduled for April 22, 2014 and the trial date of April 28, 2014 are VACATED.  The Court will reschedule, if necessary, the pretrial conference and the trial date following the resolution of these matters.

IT IS SO ORDERED.

Dated: 4/15/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge