UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NBC GENERAL CONTRACTORS CORPORATION, a California corporation; MONICA UNG, an individual; and DENNIS CHOW, an individual,<br><br>Defendants. | Case No.: CV 09-5363 SBA-DMR<br><br>**JUDGMENT AS TO DEFENDANT MONICA UNG** |

In accordance with and pursuant to this Court's order granting summary judgment (Document 137),

IT IS HEREBY ORDERED THAT FINAL JUDGMENT is entered in favor of Plaintiff Hartford Fire Insurance Company as to Defendant Monica Ung in the amount of Five Million Five Hundred Seventy Two Thousand Six Hundred Sixty Three Dollars and Forty Two Cents (**$5,572,663.42**).

JUDGMENT IS SO ENTERED.

Dated: 5/6/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

1.