UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>            Plaintiff,<br>    v.<br>NBC GENERAL CONTRACTORS CORPORATION,<br>            Defendant. | Case No.  09-cv-05363-SBA   (JSC)<br><br>**PROPOSED JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of Plaintiff and against Defendant NBC General Contractors Corporation ("NBC") in the total amount of $5,572,663.42 as follows:

1. Defendant NBC is ordered to pay $3,991,654.17 in damages; and
2. Defendant NBC is ordered to pay $1,581,009.25 in interest.

**IT IS SO ORDERED.**

Dated:  September 23, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge